MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIO PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>　　Plaintiff,<br><br>CREATION ENTERTAINMENT, a California Corporation; Does I through X; and Roe Corporations XI through XX, inclusive,<br><br>　　Defendants. | Case No.: 2:24-cv-01281<br><br>**Stipulation and Order to Remand** |

IT IS HEREBY STIPULATED between Plaintiff, RIO PROPERTIES, LLC, by and through its counsel, Lippman Recupero, PLLC, and Defendant, CREATION ENTERTAINMENT, by and through its counsel, McNutt Law Firm, P.C., as follows:

1. Defendant's Petition for Removal was filed with this court on July 16, 2024;
2. This court served its Minute Order in Chambers on July 17, 2024;

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

3. The parties hereby agree that this matter is properly litigated in the Eighth Judicial District Court of Nevada and hereby request remand of this case.

DATED July 22, 2024.

| MCNUTT LAW FIRM, P.C. | LIPPMAN RECUPERO, PLLC |
|---|---|
| */s/ Dan McNutt* | */s/ Whitney C. Wilcher* |
| Daniel R. McNutt, Esq., Bar No. 7815<br>Matthew C. Wolf, Esq., Bar No. 10801<br>Mark D. Hesiak, Esq., Bar No. 12397<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, Nevada 89135<br>*Counsel for Defendant* | Whitney C. Wilcher, Esq., Bar No. 7212<br>400 S. 4th St., Ste. 500<br>Las Vegas, NV 89101<br>*Counsel for* Plaintiff |

**ORDER**

IT IS SO ORDERED that Case No. 2:24-cv-01281-GMN-EJY be remanded to the Eighth Judicial District Court of Nevada.

DATED this __22__ day of July, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

2

## CERTIFICATE OF SERVICE

The undersigned is a representative of McNutt Law Firm, P.C. and certifies that on July 22, 2024, I served a true and correct copy of **Stipulation and Order to Remand** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the Court's E-Filing system to the e-mail addresses provided on the e-service list.

                                             */s/ Tami J. Reilly*
                                             A Representative of McNutt Law Firm, P.C.

**From:** Whitney Wilcher <whitney.wilcher@lippmanrecupero.com>
**Sent:** Monday, July 22, 2024 9:04 AM
**To:** Mark Hesiak <mdh@mcnuttlawfirm.com>
**Cc:** David Lippman <david.lippman@lippmanrecupero.com>; Thomas Bim <thomas.bim@lippmanrecupero.com>
**Subject:** RE: Rio v. Creation Entertainment litigation

**Caution!** This message was sent from outside your organization.   Allow sender | Block sender

Counsel:

You may file this document with my e-signature.

Whitney Wilcher

---

**From:** Mark Hesiak <mdh@mcnuttlawfirm.com>
**Sent:** Thursday, July 18, 2024 12:53 PM
**To:** Dan McNutt <drm@mcnuttlawfirm.com>; Whitney Wilcher <whitney.wilcher@lippmanrecupero.com>
**Cc:** David Lippman <david.lippman@lippmanrecupero.com>
**Subject:** RE: Rio v. Creation Entertainment litigation

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Whitney

Please review the attached stipulation and let us know if you have any comments.  If not, please let me know if we may submit with your signature.

Thank you

Mark Hesiak

---

**From:** Dan McNutt <drm@mcnuttlawfirm.com>
**Sent:** Wednesday, July 17, 2024 1:46 PM
**To:** Whitney Wilcher <whitney.wilcher@lippmanrecupero.com>
**Cc:** David Lippman <david.lippman@lippmanrecupero.com>; Mark Hesiak <mdh@mcnuttlawfirm.com>
**Subject:** Re: Rio v. Creation Entertainment litigation

Whitney,

We will remedy this.

Thank you.

**DM**

---

**From:** Whitney Wilcher <whitney.wilcher@lippmanrecupero.com>
**Date:** Wednesday, July 17, 2024 at 1:24 PM
**To:** Dan McNutt <drm@mcnuttlawfirm.com>
**Cc:** David Lippman <david.lippman@lippmanrecupero.com>
**Subject:** Rio v. Creation Entertainment litigation

**GRAPHUS Anti-Phishing**
**Warning:** Sender @whitney.wilcher@lippmanrecupero.com is not yet trusted by your organization.
Please be careful before replying or clicking on the URLs.
Report Phishing Remove Banner
powered by Graphus®

Counselor:

I have your Notice of Removal of this matter from Nevada State Court to Federal Court.

Attached hereto is a Letter Of Agreement signed by your client which incorporates the Convention And Sales Agreement for the event at the Rio.

Paragraph 21 on Page 12 provides that any dispute relating to the said Agreement shall be governed by the laws of the State Of Nevada and "...the eighth district judicial court of the State Of Nevada shall have sole and exclusive subject matter jurisdiction over any action ..." brought to enforce the aforementioned Agreement.

We demand that your client agree to remand this litigation to Nevada State Court. Please

let me know your intentions.

Thank you for your prompt attention to this matter. Contact me with any immediate questions or concerns.

Whitney C. Wilcher
LIPPMAN RECUPERO, PLLC
702-528-5201

**From:** whitney wilcher <wilcherlawfirm@gmail.com>
**Sent:** Wednesday, July 17, 2024 12:53 PM
**To:** Whitney Wilcher <whitney.wilcher@lippmanrecupero.com>
**Subject:** Fwd: Sent from Smart Printing Kiosk

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

---------- Forwarded message ---------
From: **whitney wilcher** <wilcherlawfirm@gmail.com>
Date: Wed, Jul 17, 2024, 10:44 AM
Subject: Fwd: Sent from Smart Printing Kiosk
To: Whitney Wilcher <whitney.wilcher@lippmanrecupero.com>

---------- Forwarded message ---------
From: <hp@iwgplc.com>
Date: Wed, Jul 17, 2024, 10:42 AM
Subject: Sent from Smart Printing Kiosk
To: <wilcherlawfirm@gmail.com>

Please open the attachments scanned by HP imaging device.